# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2009

Marilyn Kelly,
Chief Justice

138412

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANDREW JACKSON HENSON and ETHELENE
JUNE HENSON,
      Plaintiffs/Counter Defendants-
      Appellees,

v

SCOTT BOAL,
      Defendant/Counter Plaintiff-
      Appellant.

SC: 138412
COA: 280796
Antrim CC: 06-008243-CH

_____/

      On order of the Court, the application for leave to appeal the February 5, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      WEAVER, J., would direct that oral argument be heard on the application for leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2009

Clerk

s0708